UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 20-3049 |
|---|---|---|
| EDWARD FOX | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| Debtor(s) | ) | |

**ORDER APPROVING SALE OF THE REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND FOR SHORTENED NOTICE**

THIS CAUSE COMING ON TO BE HEARD on David R. Herzog, Chapter 7 Trustee's Motion to Approve Sale of the Real Property and for Shortened Notice, due and proper notice having been served, this Court having jurisdiction over the parties and subject matter and being, otherwise, fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. Notice pursuant to Bankruptcy Rule 2002 is shortened to nineteen (19) days for cause shown.
2. Pursuant to 11 U.S.C. § 363(b)(1) and (f), the Trustee's is authorized to sell the real property located at 751 Saddle Ridge Circle, Granby, Colorado (the "Saddle Ridge Property"), pursuant to 11 U.S.C. § 363(b) and (f), to R46PY LLC, and or its assignees, for $1,927.38 free and clear of all liens, claims and encumbrances, with the exception of real estate taxes and association dues, if any, in accordance with the Sale Agreement for Property executed January 4, 2020.
3. Pursuant to 11 U.S.C. § 363(b)(1) and (f), the Trustee's is authorized to sell the real property located at 1785 Mountain Sky Lane, Granby, Colorado (the "Mountain Sky Property"), pursuant to 11 U.S.C. § 363(b) and (f), to R46PY LLC, and or its assignees, for $2,087.43 free and clear of all liens, claims and encumbrances, with the exception of real estate taxes and association dues, if any, in accordance with the Sale Agreement for Property executed January 4, 2020.
4. The Trustee is authorized to take all actions and execute all documents, directions to convey, deeds, and all other similar instruments, documents, forms and papers necessary or appropriate to implement and effectuate the transaction contemplated herein to sell, transfer and convey the Saddle Ridge Property and the Mountain Sky Property to R46PY LLC.
5. The Debtor, Edward Fox, is directed to take all actions and execute all documents, directions to convey, deeds, and all other similar instruments, documents, forms and papers necessary or appropriate to implement and effectuate the transaction contemplated herein to sell, transfer and convey the Saddle Ridge Property and the Mountain Sky Property to R46PY LLC.
6. The fourteen day stay of enforcement under the Federal Rules of Bankruptcy Procedure Rule 6004(h) is hereby waived and this Order shall be effective and enforceable immediately upon entry hereof.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 25, 2020

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID # 6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558