## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **EDWARD FOX,** | ) | Case No. 20-3049 |
| | ) | |
| **Debtor.** | ) | Hon. Jack Schmetterer |

### TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on August 28, 2020, following the Trustee's Motion to Sell Property Free and Clear of Liens, which was granted by Court Order dated August 25, 2020 (Docket #35):

| | |
|---|---|
| Property: | 751 Saddle Ridge Circle, Granby, CO 80446 |
| Sold to: | R46PY LLC |
| Price: | $1,927.38 |

| | |
|---|---|
| Property: | 1785 Mountain Sky Ln, Granby, CO 80446 |
| Sold to: | R46PY LLC |
| Price: | $2,087.43 |

Dated: December 16, 2020

_____
David R. Herzog, Trustee in Bankruptcy

DocuSign Envelope ID: 08B497CC-E23C-49CD-90F0-32623021253A

# Seller's Settlement Statement

First Alliance Title, LLC
2755 S Locust St. #255
Denver, CO 80222
Phone: 303-558-6623　Fax: 720-465-6886

Date: 08/28/20　Time: 12:37:49PM　Escrow no.: 2006-164
Close of escrow: 08/31/20　Escrow officer: Vince Sergi
Buyer: R46PY LLC
Seller: Edward R Fox and Dawn M Fox
Property location: 1785 Mountain Sky Ln
Granby, CO 80446

|  | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Contract sales price | | 2,087.43 |
| **Subtotals** | | 2,087.43 |
| **Balance Due TO Seller** | 2,087.43 | |
| **TOTALS** | 2,087.43 | 2,087.43 |

Seller

_EDWARD R FOX_
Edward R Fox

_Dawn M Fox_
Dawn M Fox

_Vince Sergi_
First Alliance Title, LLC
Settlement Agent

Printed on 08/28/20 at 10:37:46AM by SOFTPRONOW\vince.sergi
Page 1 of 1

2006-164 / 69

DocuSign Envelope ID: C1009E0A-1530-46FE-9865-42A427AADB4C

# Seller's Settlement Statement

First Alliance Title, LLC
2755 S Locust St. #255
Denver, CO 80222
Phone: 303-558-6623   Fax: 720-465-6886

Date: 08/28/20   Time: 11:21:34AM   Escrow no.: 2006-165
Close of escrow: 08/27/20                Escrow officer: Vince Sergi
Buyer: R46PY LLC
Seller: Edward R Fox and Dawn M Fox
Property location: 751 Saddle Ridge Cir
Granby, CO 80446

|  | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Contract sales price | | 1,927.38 |
| Subtotals | | 1,927.38 |
| Balance Due TO Seller | 1,927.38 | |
| TOTALS | 1,927.38 | 1,927.38 |

Seller

*DocuSigned by:*
EDWARD R FOX
Edward R Fox

*DocuSigned by:*
Dawn M Fox
Dawn M Fox

_____
First Alliance Title, LLC
Settlement Agent