## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **EDWARD FOX,** | ) | Case No. 20-3049 |
| | ) | |
| **Debtor.** | ) | Hon. Jack Schmetterer |

### TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on November 13, 2020, following the Trustee's Motion to Sell Property Free and Clear of Liens, which was granted by Court Order dated October 6, 2020 (Docket #44):

    Property:    14445 South California Avenue, Posen, Illinois
    Sold to:    Divinitus Holdings Corp.
    Price:    $167,000.00

    Property:    Three (3) 2014 Chevrolet Express G3500 (VINS 1GB0G2CA3E1138309, 1GB0G2CA1E1137854 & 1GB0G2CA3E1106671)
    Sold to:    Divinitus Holdings Corp.
    Price:    $20,000.00

Allocations:

| | |
|---|---|
| Payoff to First Midwest Bank | $76,963.92 |
| Payoff to Ally Financial | $8,448.66 |
| Vehicle Sale to Susquenhanna | $11,551.34 |
| Closing Fees: | $4,393.00 |
| Transfer Taxes: | $250.50 |
| Real Estate Taxes: | $37,669.24 |
| Realtor Commissions: | $10,020.00 |
| Legal Fees to G. Stern, P.C.: | $1,500.00 |
| G. Stern, P.C. Expense Reimburse: | $891.00 |
| Inspection Reimbursement | $385.00 |
| Remainder of Funds to Estate: | $34,927.34 |

Dated: December 16, 2020

                                                    David R. Herzog, Trustee in Bankruptcy

# Chicago Title and Trust Company

10 South LaSalle Street, Suite 2850, Chicago, IL 60603
Phone: (312)223-2801 | Fax: 312-223-2920

## MASTER STATEMENT

| | |
|---|---|
| **Settlement Date:** November 13, 2020 | **Escrow Number:** 20GSA376036LP |
| **Disbursement Date:** November 13, 2020 | **Escrow Officer:** Cheryl Nutley |
| | **Email:** Cheryl.Nutley@CTT.com |

**Buyer:** Divinitus Holdings Corp

**Seller:** Edward R. Fox and Dawn M. Fox
14445 S. California Ave.
Posen, IL 60469-1231

**Property:** 14445 S. California Ave.
Posen, IL 60469-1231
Parcel ID(s): 28-12-208-019-0000, 28-12-208-020-0000, 28-12-208-021-0000, 28-12-208-022-0000, 28-12-208-023-0000, 28-12-208-024-0000

| SELLER DEBITS $ | SELLER CREDITS $ | | BUYER DEBITS $ | BUYER CREDITS $ |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 167,000.00 | Sale Price of Property | 167,000.00 | |
| | | Deposit or earnest money Retained by Chicago title | | 5,000.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| | 20,000.00 | Vehicle Purchase Price | 20,000.00 | |
| 24,571.18 | | County Taxes 1/1/20 to 10/22/20 | | 24,571.18 |
| | | **TITLE & ESCROW CHARGES** | | |
| 750.00 | | Title - Additional PIN Charge to Chicago Title Company, LLC | | |
| 150.00 | | Title - Commitment Update Fee to Chicago Title Insurance Company | | |
| | | Title - CPL Fee to Buyer to Chicago Title Insurance Company | 25.00 | |
| 50.00 | | Title - CPL Fee to Seller to Chicago Title Insurance Company | | |
| 750.00 | | Title - Deed and Money Escrow Fee to Chicago Title and Trust Company | 750.00 | |
| 300.00 | | Title - GAP Coverage (NYS Closing Fee) to Chicago Title Insurance Company | 300.00 | |
| | | Title - Policy Update Fee to Chicago Title Insurance Company | 150.00 | |
| | | Title - ProForma Fee to Chicago Title Company, LLC | 350.00 | |
| 100.00 | | Title - Schedule B Documents to Chicago Title Company, LLC | | |
| 3.00 | | Title - State of Illinois Policy Registration Fee to Chicago Title Insurance Company | | |
| 100.00 | | Title - Tax Payment Service Fee to Chicago Title Insurance Company | | |
| | | Title - Wire Fee to Buyer to Chicago Title and | 40.00 | |

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **TITLE & ESCROW CHARGES** | | |
| | | Trust Company | | |
| 40.00 | | Title - Wire Fee to Seller to Chicago Title and Trust Company | | |
| 1,750.00 | | Title - Owner's Title Insurance to Rachel Sandler | | |
| 400.00 | | SE 287 - Policy Modification 4 to Chicago Title Insurance Company | | |
| | | Policies to be issued: | | |
| | |   Owners Policy | | |
| | |     Coverage: $167,000.00   Premium: $1,750.00 | | |
| | |     Version: ALTA Owner's Policy 2006 | | |
| | | **GOVERNMENT CHARGES** | | |
| | | Recording Fees to | | 196.00 |
| | |   Deed                                               $98.00 | | |
| | |   Mortgage                                  $98.00 | | |
| 83.50 | | County Transfer Tax to MYDEC Cook County Transfer Stamps | | |
| 167.00 | | State Transfer Tax to MYDEC Cook County Transfer Stamps | | |
| | | **PAYOFFS** | | |
| | | Payoff of First Mortgage Loan to First Midwest Bank ($76,963.92) | | |
| 76,963.92 | |   Total Payoff | | |
| | | **MISCELLANEOUS CHARGES** | | |
| 1,002.62 | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes<br>  28-12-208-019-0000 | | |
| 966.10 | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes<br>  28-12-208-020-0000 | | |
| 966.10 | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes<br>  28-12-208-021-0000 | | |
| 1,942.58 | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes<br>  28-12-208-022-0000 | | |
| 8,063.66 | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes<br>  28-12-208-023-0000 | | |
| 157.00 | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes<br>  28-12-208-024-0000 | | |
| | | Buyer Attorney Fee to Mancione Legal LLC | 600.00 | |
| 6,145.00 | | Commission - Listing to Jennings Realty, Inc. | | |
| 3,875.00 | | Commission - Selling to Fulton Grace Realty | | |
| 3,104.47 | | Payoff as directed to Ally Financial<br>  ACCT 611921593238 | | |
| 2,718.05 | | Payoff as directed to Ally Financial | | |

**MASTER STATEMENT - Continued**

| SELLER $ DEBITS | $ CREDITS | | BUYER $ DEBITS | $ CREDITS |
|---|---|---|---|---|
| | | MISCELLANEOUS CHARGES | | |
| | | ACCT 611921156622 | | |
| 2,626.14 | | Payoff as directed to Ally Financial | | |
| | | ACCT 611921181719 | | |
| 34,927.34 | | Proceeds per Court order to David R. Herzog not individually but solely in his Capacity as Chapter 7 Trustee | | |
| 385.00 | | Reimbursement for Posen Inspection Fee to Alfred Cohen | | |
| 891.00 | | Reimbursement for Posen Insurance to Gregory K. Stern P.C. | | |
| 1,500.00 | | Seller Attorney Fee to Gregory K. Stern P.C. | | |
| 11,551.34 | | Vehicle Sale to Susquehanna | | |
| 187,000.00 | 187,000.00 | Subtotals | 189,411.00 | 29,571.18 |
| | | Balance Due FROM Buyer | | 159,839.82 |
| 187,000.00 | 187,000.00 | TOTALS | 189,411.00 | 189,411.00 |

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER: *David Herzog, Chapter 7 Trustee for the estate of Edward Fox, by his att'y in fact Rachel Sander*
~~Edward R. Fox~~
*David Herzog, Trustee*

Dawn M. Fox

BUYER:

Divinitus Holdings Corp

BY: _____

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

Chicago Title and Trust Company
Settlement Agent

**MASTER STATEMENT - Continued**

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

_____
Edward Fox

_____
Dawn M. Fox

BORROWER:
Divinitus Holding Corp.

BY: _____ as Agent

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Chicago Title and Trust Company
Settlement Agent