IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| EDWARD FOX, | ) | Case No. 20-3049 |
| | ) | |
| Debtor. | ) | Hon. Jack Schmetterer |

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale conducted on December 4, 2020, following the Trustee's Motion to Sell Property Free and Clear of Liens, which was granted by Court Order dated November 17, 2020 (Docket #61):

    Property: 284 Balsam Drive, Granby, CO 80446
    Sold to: DDG Properties, LLC, a Florida Limited Liability Company
    Price: $1531,000.00

    Property: Personal Property located at 284 Balsam Drive
    Sold to: DDG Properties, LLC, a Florida Limited Liability Company
    Price: $2,000.00

Allocations:

| | |
|---|---|
| Payoff to United Business Bank | $222,878.08 |
| Closing Fees | $1,795.02 |
| Withholding & Transfer Taxes: | $10,620.00 |
| Real Estate Tax: | $1,499.30 |
| Realtor Comissions: | $32,359.00 |
| Legal Fees to G. Stern, P.C. | $1,500.00 |
| Remainder of Funds to Estate: | $262,348.60 |

Dated: December 16, 2020

_____
David R. Herzog, Trustee in Bankruptcy



**LAND TITLE GUARANTEE COMPANY**
78336 US HWY 40 STE B3
WINTER PARK, CO 80482
Phone: (970) 722-0454
Fax: (800) 322-9905

**"SELLERS"
STATEMENT OF
SETTLEMENT**

PROPERTY ADDRESS:   284 BALSAM DRIVE, GRANBY, CO 80446

SELLER(S):   DAWN FOX AND ESTATE OF EDWARD FOX, DEBTOR IN BANKRUPTCY CASE NO. 20-03049

BUYER(S):   DDG PROPERTIES, LLC, A FLORIDA LIMITED LIABILITY COMPANY

SETTLEMENT DATE:  December 04, 2020          DATE OF PRORATION:   December 04, 2020

| DESCRIPTION | DEBIT | CREDIT |
|---|---:|---:|
| **Sales Price & Earnest Money** | | |
| Sales Price | | 531,000.00 |
| **Title Fees - Land Title Guarantee Company** | | |
| Title Insurance Owner's Extended Coverage | 1,563.00 | |
| Release Service Fee to Land Title Guarantee Company | 30.00 | |
| **Closing Fees - Land Title Guarantee Company** | | |
| Total Delivery Charges to Land Title Guarantee Company | 50.00 | |
| Closing Fee to Land Title Guarantee Company | 125.00 | |
| **Withholding and Transfer Taxes** | | |
| Colorado Withholding 2 percent (Dawn Fox) to Colorado Department of Revenue | 5,310.00 | |
| Colorado Withholding 2 percent (Bankruptcy Estate of Edward Fox) to Colorado Department of Revenue | 5,310.00 | |
| **Owner's Association - MASTER HOMEOWNERS ASSOCIATION OF SILVERCREEK** | | |
| Owner's Association Dues Prepaid MASTER HOMEOWNERS ASSOCIATION OF SILVERCREEK 12/04/2020 to 01/01/2021 @ $0.7377/day | | 20.66 |
| **Owner's Association - ALLEGIANT MANAGEMENT, LLC** | | |
| Owner's Association Document Fee / Online to ALLEGIANT MANAGEMENT, LLC | 62.50 | |
| Owner's Association Transfer Fee to ALLEGIANT MANAGEMENT, LLC | 37.50 | |
| **Owner's Association - ASSOCIATION ONLINE** | | |
| Owner's Association Electronic Status Letter Fee to ASSOCIATION ONLINE | 12.50 | |
| **Water & Sewer Charges - SILVERCREEK WATER & SANITATION DISTRICT** | | |
| Water/Sewer Doc Prep Fee to SILVERCREEK WATER & SANITATION DISTRICT | 7.50 | |
| Water/Sewer Prepaid SILVERCREEK WATER & SANITATION DISTRICT 12/04/2020 to 01/01/2021 @ $2.5829/day | | 72.32 |
| **Payoff - UNITED BUSINESS BANK** | | |
| Total Payoff Charges to UNITED BUSINESS BANK | 222,878.08 | |
| **Real Estate Tax - GRAND COUNTY TREASURER** | | |
| Current Year Property Taxes R131020 01/01/2020 to 12/04/2020 @ $4.4358/day | 1,499.30 | |
| **Commission - RE/MAX PROFESSIONALS** | | |
| Administrative and Document Storage Fee to RE/MAX PROFESSIONALS | 499.00 | |
| Agent Commission to RE/MAX PROFESSIONALS | 15,930.00 | |
| **Commission - BERKSHIRE HATHAWAY HOME SERVICES INNOVATIVE REAL ESTATE** | | |
| Agent Commission to BERKSHIRE HATHAWAY HOME SERVICES INNOVATIVE REAL ESTATE | 15,930.00 | |
| **Miscellaneous Charges** | | |
| Legal Fees to GREGORY K. STERN, P.C. | 1,500.00 | |
| Other Miscellaneous Charges to THE ESTATE OF EDWARD FOX, DEBTOR IN BANCRUPTCY CASE NO. 20-03049 | 262,348.60 | |
| Purchase Price of Personal Property | | 2,000.00 |
| **SubTotals** | 533,092.98 | 533,092.98 |
| **Totals** | 533,092.98 | 533,092.98 |

The above figures do not include sales or use taxes on property
APPROVED AND ACCEPTED

(SEE ATTACHED "SIGNATURE PAGE")

Form 625    closing/statements/seller_statement.html          60013466
(100113380)



## "Sellers" Statement of Settlement

### SIGNATURE PAGE

SELLER(S)

*Dawn Fox* (signed)
Dawn Fox

ESTATE OF EDWARD FOX, DEBTOR IN BANKRUPTCY
CASE NO. 20-03049

By: _____
David R. Herzog, Trustee

LAND TITLE CLOSING AGENT:

*Leslie Larkins* (signed)
Leslie Larkins

REAL ESTATE BROKER:
RE/MAX PROFESSIONALS

_____
DEBRA CARROLL

Form 625    closing/statements/seller_statement.html          60013466  (100113380)

## "Sellers" Statement of Settlement

### SIGNATURE PAGE

SELLER(S)    REAL ESTATE BROKER:
RE/MAX PROFESSIONALS

_____    _____
Dawn Fox    DEBRA CARROLL

ESTATE OF EDWARD FOX, DEBTOR IN BANKRUPTCY
CASE NO. 20-03049
By: _____
David R. Herzog, Trustee

LAND TITLE CLOSING AGENT:

_Leslie Larkins_
Leslie Larkins

Form 625    closing/statements/seller_statement.html    60013466  (100113380)