Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-03049 | | | Trustee Name: | David R. Herzog |
| Case Name: | FOX, EDWARD R. | | | Date Filed (f) or Converted (c): | 02/03/2020 (f) |
| For the Period Ending: | 10/12/2022 | | | §341(a) Meeting Date: | 03/24/2020 |
| | | | | Claims Bar Date: | 06/26/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1/2 of Citibank Joint Checking Account Balance | $750.00 | $750.00 | | $750.00 | FA |
| 2  Corporate Client Services: Funds w/ credit mgmt. agency | $21,516.78 | $22,308.97 | | $22,308.97 | FA |
| 3  284 Balsam Drive, Granby, CO 80446 | $155,000.00 | $533,092.98 | | $533,092.98 | FA |
| 4  14445 S. California Ave., Posen, IL 60469 | $200,000.00 | $187,000.00 | | $187,000.00 | FA |
| 5  8543 W. 171st Place, Tinley Park, IL 60487 | $158,000.00 | $0.00 | | $0.00 | FA |
| 6  2008 Buick Enclave (99500 mileage) | $2,000.00 | $0.00 | | $0.00 | FA |
| 7  2018 Ford Escape (2500 mileage) | $21,500.00 | $0.00 | | $0.00 | FA |
| 8  Normal furniture of no particular value in Tinley Park, and Granby, houses, all joint with wife. | $5,000.00 | $0.00 | | $0.00 | FA |
| 9  Five old tvs in Tinley Park, four old tvs in Granby, old laptop, phone, iPad, stereos, DVD player, joint with wife. | $1,000.00 | $0.00 | | $0.00 | FA |
| 10  Basic home décor of no particular value, family photos. | $0.00 | $0.00 | | $0.00 | FA |
| 11  Treadmill, stationary bike, bowling ball, golf clubs, two bikes. | $250.00 | $0.00 | | $0.00 | FA |
| 12  Necessary wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 13  Wristwatch | $5.00 | $5.00 | | $0.00 | FA |
| 14  Cash on Hand | $540.00 | $0.00 | | $0.00 | FA |
| 15  Citibank Brokerage Account ($212,754.49 jt w/wife) | $106,374.75 | $0.00 | | $0.00 | FA |
| 16  Citibank savings account ($5700 joint w/wife) | $2,850.00 | $2,865.82 | | $2,865.82 | FA |
| 17  Qualigen Inc (privately owned, $20k invested yrs ago) | Unknown | $2,000.00 | | $0.00 | $2,000.00 |
| 18  100% Interest in EHC Corporation | $0.00 | $0.00 | | $0.00 | FA |
| 19  Pension w/Chicago Ridge F.D. $6821.71/month | Unknown | $0.00 | | $0.00 | FA |
| 20  Citibank IRA, self funded | $50,000.00 | $0.00 | | $0.00 | FA |
| 21  Anticipated 2019 tax refund, caused by business loss (218 refund $6742 fed, $1299 state) | $6,000.00 | $6,000.00 | | $0.00 | $6,000.00 |
| 22  Health Insurance through pension plan | $0.00 | $0.00 | | $0.00 | FA |
| 23  Whole Life Insurance w/PrimeAmerica | $0.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 20-03049 | | | Trustee Name: | David R. Herzog |
| Case Name: | FOX, EDWARD R. | | | Date Filed (f) or Converted (c): | 02/03/2020 (f) |
| For the Period Ending: | 10/12/2022 | | | §341(a) Meeting Date: | 03/24/2020 |
| | | | | Claims Bar Date: | 06/26/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24 | Debtor has bladder cancer, engaged Solokove re: possible claim concerning fire retardant foam used in prior job | Unknown | $35,000.00 | | $0.00 | $50,000.00 |
| 25 | EHC owed $4100 n a/r | $0.00 | $0.00 | | $0.00 | FA |
| 26 | Office equipment, desk, tables, chairs, fax machine, shelves | $3,000.00 | $0.00 | | $0.00 | FA |
| 27 | Sheet metal equipment: 36" shear, Pittsburgh machine, 4' brake, hand folder, all over 20 years old. | $3,000.00 | $0.00 | | $0.00 | FA |
| 28 | Sheet metal, ladders, scrap | $500.00 | $500.00 | | $0.00 | FA |
| 29 | 2 Vacant Lots: 1785 Mountain Sky Lane, Granby, CO & 751 Saddle ridge Circle, Granby, CO (u) | $0.00 | $4,014.81 | | $4,014.81 | FA |
| 30 | 2014 Chevrolet Express G3500 titled in the name of EHC Corporation | $0.00 | $20,000.00 | | $0.00 | FA |
| 31 | VOID | $0.00 | $0.00 | | $0.00 | FA |

**Asset Notes:** Duplicate asset made in error.

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $738,286.53 | $813,537.58 | | $750,032.58 | $58,000.00 |

**Major Activities affecting case closing:**

06/30/2022  Debtor is a party to a mass tort PI case which is still pending and may take some time to resolve

| Initial Projected Date Of Final Report (TFR): | 06/30/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ DAVID R. HERZOG |
|---|---|---|---|---|
| | | | | DAVID R. HERZOG |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 20-03049 | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | FOX, EDWARD R. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/20/2020 | | Abri Credit Union | Debtor's share of bank account deposits. | * | $3,615.82 | | $3,615.82 |
| | {1} | | $750.00 | 1129-000 | | | $3,615.82 |
| | {16} | | Debtor's share of bank account deposits. $2,865.82 | 1129-000 | | | $3,615.82 |
| 06/29/2020 | (2) | TCF National Bank | Credit Counseling Refund | 1129-000 | $12,856.71 | | $16,472.53 |
| 08/31/2020 | (2) | TCF National Bank | Credit Counseling Refund | 1129-000 | $2,100.00 | | $18,572.53 |
| 09/08/2020 | (2) | Edward Fox | Credit Counseling Refund | 1129-000 | $1,739.57 | | $20,312.10 |
| 09/21/2020 | (29) | Edward Fox | Liquidation of 2 Vacant Lots in Granby, CO | 1210-000 | $4,014.81 | | $24,326.91 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $40.52 | $24,286.39 |
| 11/23/2020 | (2) | Edward Fox | Credit Counseling Refund | 1129-000 | $5,612.69 | | $29,899.08 |

**SUBTOTALS** $29,939.60 $40.52

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-03049 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FOX, EDWARD R. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2020 | | Chicago Title and Trust Company | Proceeds from Sale of Posen Property (Docket No. 44). | | * | $34,927.34 | | $64,826.42 |
| | {4} | | Proceeds from Sale of Posen Property (Docket No. 44). | $93,500.00 | 1110-000 | | | $64,826.42 |
| | | | County Taxes 1/1/20 to 10/22/20 | ($24,571.18) | 4700-000 | | | $64,826.42 |
| | | | Title - Additional PIN Charge to Chicago Title Company, LLC | ($750.00) | 2500-000 | | | $64,826.42 |
| | | | Title - Commitment Update Fee to Chicago Title Insurance Company | ($150.00) | 2500-000 | | | $64,826.42 |
| | | | Title - CPL Fee to Seller to Chicago Title Insurance Company | ($50.00) | 2500-000 | | | $64,826.42 |
| | | | Title - Deed and Money Escrow Fee to Chicago Title and Trust Company | ($750.00) | 2500-000 | | | $64,826.42 |
| | | | Title - GAP Coverage (NYS Closing Fee) to Chicago Title Insurance Company | ($300.00) | 2500-000 | | | $64,826.42 |
| | | | Title - Schedule B Documents to Chicago Title Company, LLC | ($100.00) | 2500-000 | | | $64,826.42 |
| | | | Title - State of Illinois Policy Registration Fee to Chicago Title Insurance Company | ($3.00) | 2500-000 | | | $64,826.42 |
| | | | Title - Tax Payment Service Fee to Chicago Title Insurance Company | ($100.00) | 2500-000 | | | $64,826.42 |
| | | | Title - Wire Fee to Seller to Chicago Title and Trust Company | ($40.00) | 2500-000 | | | $64,826.42 |
| | | | Title - Owner's Title Insurance to Rachel Sandler | ($1,750.00) | 2500-000 | | | $64,826.42 |
| | | | SE 287 - Policy Modification 4 to Chicago Title Insurance Company | ($400.00) | 2500-000 | | | $64,826.42 |
| | | | County Transfer Tax to MYDEC Cook County | ($83.50) | 2820-000 | | | $64,826.42 |
| | | | **SUBTOTALS** | | | $34,927.34 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 20-03049 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FOX, EDWARD R. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | State Transfer Tax to MYDEC Cook County Transfer Stamps | ($167.00) | 2820-000 | | | $64,826.42 |
| | | | Payoff of First Mortgage Loan to First Midwest Bank | ($76,963.92) | 4110-000 | | | $64,826.42 |
| | | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes 28-12-208-019-0000 | ($1,002.62) | 4700-000 | | | $64,826.42 |
| | | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes 28-12-208-020-0000 | ($966.10) | 4700-000 | | | $64,826.42 |
| | | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes 28-12-208-021-0000 | ($966.10) | 4700-000 | | | $64,826.42 |
| | | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes 28-12-208-022-0000 | ($1,942.58) | 4700-000 | | | $64,826.42 |
| | | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes 28-12-208-023-0000 | ($8,063.66) | 4700-000 | | | $64,826.42 |
| | | | 2019 2nd installment + dup tax bill to ACH Cook County Taxes 28-12-208-024-0000 | ($157.00) | 4700-000 | | | $64,826.42 |
| | | | Commission - Listing to Jennings Realty, Inc. | ($6,145.00) | 3510-000 | | | $64,826.42 |
| | | | Commission - Selling to Fulton Grace Realty | ($3,875.00) | 3510-000 | | | $64,826.42 |
| | | | Payoff as directed to Ally Financial ACCT 611921593238 | ($3,104.47) | 4210-000 | | | $64,826.42 |
| | | | Payoff as directed to Ally Financial ACCT 611921156622 | ($2,718.05) | 4210-000 | | | $64,826.42 |

**SUBTOTALS** $0.00 $0.00

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-03049 | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | FOX, EDWARD R. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Payoff as directed to Ally Financial ACCT 611921161719 | ($2,626.14) | 4210-000 | | | $64,826.42 |
| | | | Reimbursement of Posen Inspection Fee to Alfred Cohen | ($385.00) | 2500-000 | | | $64,826.42 |
| | | | Reimbursement for Posen Insurance to Gregory K. Stern, P.C. | ($891.00) | 2420-750 | | | $64,826.42 |
| | | | Seller Attorney Fee to Gregory K. Stern, P.C. | ($1,500.00) | 3210-000 | | | $64,826.42 |
| | | | Vehicle Sale to Susquenhanna | ($11,551.34) | 7100-000 | | | $64,826.42 |
| | {4} | | Proceeds from Sale of Posen Property (Docket No. 44). | $93,500.00 | 1180-000 | | | $64,826.42 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $37.83 | $64,788.59 |

| | | | | SUBTOTALS | $0.00 | $37.83 |
| --- | --- | --- | --- | --- | --- | --- |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-03049 | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | FOX, EDWARD R. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2020 | | Land Title Guarantee Company | Pursuant to Order dated 11/17/20 (Docket #61) | | * | $262,348.60 | | $327,137.19 |
| | {3} | | Pursuant to Order dated 11/17/20 (Docket #61) | $533,092.98 | 1110-000 | | | $327,137.19 |
| | | | Title Fees - Title Insurance Owner's Extended Coverage | ($1,563.00) | 2500-000 | | | $327,137.19 |
| | | | Title Fees - Release Service Fee to Land Title Guarantee Company | ($30.00) | 2500-000 | | | $327,137.19 |
| | | | Closing Fees - Total Delivery Charges to Land Title Guarantee Company | ($50.00) | 2500-000 | | | $327,137.19 |
| | | | Closing Fees - Closing Fee to Land Title Guarantee Company | ($125.00) | 2500-000 | | | $327,137.19 |
| | | | Colorado Withholding 2 percent (Dawn Fox) to Colorado Department of Revenue | ($5,310.00) | 4700-000 | | | $327,137.19 |
| | | | Colorado Withholding 2 percent (Bankruptcy Estate of Edward Fox) to Colorado Department of Revenue | ($5,310.00) | 4700-000 | | | $327,137.19 |
| | | | Owner's Association Document Fee / Online to ALLEGIANT MANAGEMENT, LLC | ($62.50) | 2500-000 | | | $327,137.19 |
| | | | Owner's Association Transfer Fee to ALLEGIANT MANAGEMENT, LLC | ($37.50) | 2500-000 | | | $327,137.19 |
| | | | Owner's Association Electronic Status Letter Fee to ASSOCIATION ONLINE | ($12.50) | 2500-000 | | | $327,137.19 |
| | | | Water/Sewer Doc Prep Fee to SILVERCREEK WATER & SANITATION DISTRICT | ($7.50) | 2500-000 | | | $327,137.19 |
| | | | Total Payoff Charges to UNITED BUSINESS BANK | ($222,878.08) | 4110-000 | | | $327,137.19 |
| | | | | | **SUBTOTALS** | $262,348.60 | $0.00 | |

**FORM 2**

Page No: 6

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 20-03049 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FOX, EDWARD R. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Current Year Property Taxes R131020 01/01/2020 to 12/04/2020 @ $4.4358/day | ($1,499.30) | 2820-000 | | | $327,137.19 |
| | | | Administrative and Document Storage Fee to RE/MAX PROFESSIONALS | ($499.00) | 3510-000 | | | $327,137.19 |
| | | | Agent Commission to RE/MAX PROFESSIONALS | ($15,930.00) | 3510-000 | | | $327,137.19 |
| | | | Agent Commission to BERKSHIRE HATHAWAY HOME SERVICES INNOVATIVE REAL ESTATE | ($15,930.00) | 3510-000 | | | $327,137.19 |
| | | | Legal Fees to GREGORY K STERN, P.C. | ($1,500.00) | 3210-000 | | | $327,137.19 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $418.64 | $326,718.55 |
| 01/06/2021 | 3001 | Greg K. Stern, P.C. | Interim Compensation pursuant to Order dated 1/5/2021 (Docket #75) | | 3110-000 | | $40,546.00 | $286,172.55 |
| 01/06/2021 | 3002 | Dawn Fox | 1/2 of aggregate sale proceeds of $301,275.94 pursuant to Order dated 1/5/821 (Docket #76) | | 8500-002 | | $150,637.97 | $135,534.58 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $398.75 | $135,135.83 |
| 02/22/2021 | 3003 | International Sureties, Ltd. | Bond #016073584 | | 2300-000 | | $258.42 | $134,877.41 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $196.96 | $134,680.45 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $217.34 | $134,463.11 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $223.98 | $134,239.13 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $202.64 | $134,036.49 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $209.31 | $133,827.18 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $222.92 | $133,604.26 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $208.64 | $133,395.62 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $208.31 | $133,187.31 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | | 2600-000 | | $214.92 | $132,972.39 |
| | | | | | **SUBTOTALS** | $0.00 | $194,164.80 | |

Case 20-03049 Doc 86 Filed 10/12/22 Entered 10/12/22 10:55:53 Desc Main
Document Page 9 of 11

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No. | 20-03049 | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | FOX, EDWARD R. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6425 | | Checking Acct #: | ******4901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Edward R. Fox |
| For Period Beginning: | 10/13/2021 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $207.65 | $132,764.74 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $214.24 | $132,550.50 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $213.89 | $132,336.61 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $192.88 | $132,143.73 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $213.24 | $131,930.49 |
| 04/19/2022 | 3004 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $69.59 | $131,860.90 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $212.87 | $131,648.03 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $205.58 | $131,442.45 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $205.26 | $131,237.19 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $211.77 | $131,025.42 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $211.43 | $130,813.99 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $217.90 | $130,596.09 |

**SUBTOTALS** $0.00 $2,376.30

**FORM 2**

Page No: 8

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 20-03049 | |
| **Case Name:** | FOX, EDWARD R. | |
| **Primary Taxpayer ID #:** | **-***6425 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/13/2021 | |
| **For Period Ending:** | 10/12/2022 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Herzog | |
| **Bank Name:** | Veritex Community Bank | |
| **Checking Acct #:** | ******4901 | |
| **Account Title:** | Edward R. Fox | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $327,215.54 | $196,619.45 | $130,596.09 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $327,215.54 | $196,619.45 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $327,215.54 | $196,619.45 | |

| **For the period of 10/13/2021 to 10/12/2022** | | **For the entire history of the account between 04/20/2020 to 10/12/2022** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $750,032.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $750,032.58 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,591.22 | Total Compensable Disbursements: | $468,798.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $150,637.97 |
| Total Comp/Non Comp Disbursements: | $2,591.22 | Total Comp/Non Comp Disbursements: | $619,436.49 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9

| | | |
|---|---|---|
| **Case No.** 20-03049 | **Trustee Name:** | David R. Herzog |
| **Case Name:** FOX, EDWARD R. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***6425 | **Checking Acct #:** | ******4901 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | Edward R. Fox |
| **For Period Beginning:** 10/13/2021 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 10/12/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $327,215.54 | $196,619.45 | $130,596.09 |

**For the period of 10/13/2021 to 10/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,591.22 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,591.22 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/20/2020 to 10/12/2022**

| | |
|---|---|
| Total Compensable Receipts: | $750,032.58 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,032.58 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $468,798.52 |
| Total Non-Compensable Disbursements: | $150,637.97 |
| Total Comp/Non Comp Disbursements: | $619,436.49 |
| Total Internal/Transfer Disbursements: | $0.00 |